IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **Kensil Williams,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:21-cv-01282-GLR** |
| | ) | |
| **Ellicott Dredges, LLC** | ) | |
| **Defendant.** | ) | |
| | ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Kensil Williams and Defendant Ellicott Dredges, LLC, by and through their respective undersigned counsel, hereby stipulate to the dismissal of this action with prejudice.

Dated: May 11, 2023

Respectfully submitted,

| | |
|---|---|
| /s/Shannon C. Leary | /s/(with permission) |
| Shannon C. Leary (Bar No. 18396) | Kraig B. Long (Fed. Bar No. 25747) |
| James A. Hill (Bar No. 21718) | Jeffrey T. Johnson (Fed. Bar No. 19876) |
| Gilbert Employment Law | Nelson Mullins Riley & Scarborough, LLP |
| 8403 Colesville Road, Suite 1000 | 100 S. Charles Street, Suite 1600 |
| Silver Spring, MD 20910 | Baltimore, MD 21201 |
| Tel: (310) 608-0880 | Tel: 443-392-9460 |
| Fax (301) 608-0881 | Fax: 443-392-9499 |
| sleary-efile@gelawyer.com | Kraig.Long@nelsonmullins.com |
| jhill-efile@gelawyer.com | Jeffrey.Johnson@nelsonmullins.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

**APPROVED this 12th day of May, 2023. This matter is hereby DISMISSED with prejudice. The Clerk is directed to CLOSE this case.**

_____/s/_____

**George L. Russell, III**
**United State District Judge**